COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-006-CV

EX PARTE S.R.D., A CHILD

----------

NO. 2-06-155-CV

IN THE INTEREST OF B.G.D. A/K/A S.R.D., A CHILD

----------

FROM COUNTY COURT AT LAW NO. 1 
OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  October 5, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.